IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALDEN CHATMAN,

    Petitioner,                    No. CIV S-08-0341 GEB JFM P

    vs.

D.K. SISTO, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 3, 2008 request for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before May 10, 2008.

DATED: April 8, 2008.

                                                              UNITED STATES MAGISTRATE JUDGE

/mp/001
chat0341.111